UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN ZIMMERMAN,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>EAST HIGHLAND, LLC,<br><br>　　　　　　　Defendant(s). | Case No. 2:17-CV-585 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of plaintiff Kevin Zimmerman's Americans with Disabilities Act ("ADA") cases remaining before this court, identified by the following case numbers: (1) 2:17-cv-00585-JCM-NJK; (2) 2:17-cv-00591-JCM-CWH; (3) 2:17-cv-00592-JCM-VCF; (4) 2:17-cv-00595-JCM-VCF; and (5) 2:17-cv-00602-JCM-GWF.

As stated in the omnibus transfer order (ECF No. 7), the district judges of the District of Nevada have ordered that each of Zimmerman's ADA cases be transferred to Chief District Judge Gloria M. Navarro and Magistrate Judge George W. Foley, Jr. for all further proceedings.[1]

Accordingly,

IT IS HEREBY ORDERED that:

(1) The clerk of the court shall TRANSFER the cases to Chief District Judge Gloria M. Navarro and Magistrate Judge George W. Foley, Jr. for all further proceedings; and

---

[1] This order is reflected on the dockets of each above-enumerated case.

**James C. Mahan**
**U.S. District Judge**

(2) All future filings in these actions shall reference the same numerical portion of the original action's case number, but with the corrected district judge and magistrate judge designation.

DATED March 10, 2017.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -