Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>Plaintiff,<br>v.<br><br>Snowed Inn Incorporated,<br><br>Defendant. | Civil Action No: 17-cv-00595-GMN-GWF<br><br>**[EXPEDITIED] STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

### STIPULATION FOR EXTENSION OF TIME

Plaintiff, Kevin Zimmerman, and Defendant, Snowed Inn Incorporated, hereby stipulate to the following extension of time for Plaintiff to file their Response to Defendant's Motion to Dismiss [ECF Doc 21]. In accordance with LR 6-1(c) the current deadline for Plaintiff to file their Response is July 12, 2017. Pursuant to Fed. R. Civ. P. 6(b)(1)(A) the parties stipulate and respectfully request the Court extend the time for Plaintiff to file their Response to Motion to Dismiss for twelve (12) days.

This extension is being requested in good faith and is the first request in this case.

**RESPECTFULLY** submitted this 12th day of July, 2017.

/s/ Whitney C. Wilcher                     /s/ Kurt R. Bonds
Whitney C. Wilcher, Esq.                   Kurt R. Bonds
THE WILCHER FIRM                           Alverson Taylor Mortensen, et al
Nevada State Bar No. 7212                  7401 W Charleston Blvd
8465 West Sahara Avenue                    Las Vegas, NV 89117-1401
Suite 111-236                              702-384-7000
Las Vegas, NV 89117                        Fax: 702-385-7000
(702) 466-1959                             Email: efile@alversontaylor.com
Email: wcw@nevadaada.com                   *Attorney for Defendant*
*Attorney for Plaintiff*

## **ORDER**

IT IS HEREBY ORDERED, the Plaintiff may have until Monday, July 24, 2017 in which to file its Response to Defendant's Motion to Dismiss.

DATED                                      JULY 13, 2017

                                           BY THE COURT:

                                           _____
                                           UNITED STATES MAGISTRATE JUDGE

2