# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, | |
|     Plaintiff, | Case No. 2:17-cv-00595-GMN-GWF |
| vs. | **ORDER** |
| SNOWED INN, INC., | |
|     Defendant. | |

This matter is before the Court on the parties' Stipulation to Stay Litigation Pending Resolution of Defendant's Motion to Dismiss (ECF No. 27), filed on July 20, 2017. Also before the Court is the parties' failure to comply with this Court's order (ECF No. 24) instructing the parties to file a revised discovery plan and scheduling order by July 19, 2017.  To date, the parties have failed to comply.  The parties request a stay of the proceedings pending resolution of Defendant's Motion to Dismiss (ECF No. 21).  The parties fail to provide sufficient reasons to warrant a stay of this matter.  Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulation to Stay Litigation Pending Resolution of Defendant's Motion to Dismiss (ECF No. 27) is **denied**, without prejudice.

**IT IS FURTHER ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order no later than **July 28, 2017.**  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 21st day of July, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge